No. 95–935. RAM *v.* DE GALAN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–936. HOCKER *v.* DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir. Certiorari denied.

No. 95–937. COSSETT ET UX. *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 95–941. COFFIN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–943. AMERICAN ATLAS CORP. *v.* ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY. C. A. 3d Cir. Certiorari denied.

No. 95–947. NEWSOM ET AL. *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 95–956. FLORIDA *v.* McLEOD. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–960. ALABAMA *v.* JOHNSON, DISTRICT JUDGE FOR JEFFERSON COUNTY, ET AL. Sup. Ct. Ala. Certiorari denied.

No. 95–967. PIPER, JAFFRAY & HOPWOOD, INC. *v.* NIELSEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–968. EINZIGER *v.* JACOBS ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–979. CREQUE *v.* CREQUE. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 95–980. CUSTOMER CO. *v.* CITY AND COUNTY OF SACRA-MENTO. Sup. Ct. Cal. Certiorari denied.

No. 95–981. PRITZLAFF *v.* ARCHDIOCESE OF MILWAUKEE ET AL. Sup. Ct. Wis. Certiorari denied.

No. 95–982. McWHORTER *v.* ATTORNEY GRIEVANCE BOARD OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.